UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PA

| Name of Debtor(s) listed on the bankruptcy case<br>In re:<br><br>RICHARD A. CURRO<br>JAMIE L. CURRO | CASE NO.: 1413526<br>CLAIM NO.: 6<br><br>**CHANGE OF MAILING ADDRESS** |
|---|---|

1. This change of mailing address is requested by:  ☐ Debtor   ☐ Joint-Debtor   ☒ Creditor

2. **Old Address:**
   Name(s):  Capital Recovery V, LLC
   Mailing Address:  25 SE 2nd Ave Suite 1120
   City, State, Zip Code:  Miami, FL 33131

3. **New Address:**
   Mailing Address:  PO BOX 12931
   City, State, Zip Code:  Norfolk, VA 23541

Date: 09/13/2016

 **Amanda Frizzell**
Requestor's printed name(s)

 /s/ **Amanda Frizzell**
Requestor's signature(s)

 Bankruptcy Representative
Title