UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 14-13526-amc |
| | : | |
| **RICHARD A. CURRO** | : | CHAPTER NO. 13 |
| **JAMIE L. CURRO** | : | |
| Debtors | : | |
| | | |
| **NATIONSTAR MORTGAGE LLC** | : | |
| Movant | : | |
| v. | : | |
| **RICHARD A. CURRO** | : | |
| **JAMIE L. CURRO** | : | |
| Respondents | : | |

\* \* \* \* \* \* \*

## ORDER ALLOWING LATE FILED PROOF OF CLAIM

Upon the motion of Robertson, Anschutz & Schneid, PL, attorneys for Secured Creditor, **NATIONSTAR MORTGAGE LLC**. (Movant), under Bankruptcy Code § 105, as to its claim regarding certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Secured Creditor's claim on the real property located at 2822 S ALDER ST, PHILADELPHIA, PA 19148, shall be deemed timely and allowed.

2. The Chapter 13 Trustee is authorized to pay the Secured Creditor's timely-filed Proof of Claim.

3. Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.

## PROOF AND CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 9, 2017, I electronically served a true and correct copy of the *Notice of Motion and Hearing*, with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing was served on this day by either United States Mail and/or electronic mail through the CM/ECF system to the parties listed below:

Richard A. Curro
Jamie L. Curro
2707 S. 13th Street
Philadelphia, PA 19148

MICHAEL A. CATALDO2
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: /s/ Kevin Buttery
    Kevin Buttery, Esquire
    Email: kbuttery@rascrane.com