# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 14-13526-AMC

RICHARD A. CURRO
JAMIE L. CURRO
2707 S. 13TH STREET

PHILADELPHIA, PA 19148

Debtor

### CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

RICHARD A. CURRO
JAMIE L. CURRO
2707 S. 13TH STREET

PHILADELPHIA, PA 19148

Counsel for debtor(s), by electronic notice only.

CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

/S/ William C. Miller

Date: 11/17/2017

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee