UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 14-13526-amc |
| | : | |
| RICHARD A. CURRO | : | CHAPTER NO. 13 |
| JAMIE L. CURRO | : | |
| Debtors | : | |
| | | |
| NATIONSTAR MORTGAGE LLC | : | |
| Movant | : | |
| v. | : | |
| RICHARD A. CURRO | : | |
| JAMIE L. CURRO | : | |
| Respondents | : | |

\* \* \* \* \* \* \*

## ORDER ALLOWING LATE FILED PROOF OF CLAIM

Upon the motion of Robertson, Anschutz & Schneid, PL, attorneys for Secured Creditor, **NATIONSTAR MORTGAGE LLC.** (Movant), under Bankruptcy Code § 105, as to its claim regarding certain property as hereinafter set forth, ~~and for cause shown,~~ it is

ORDERED ~~as follows:~~ *that the Motion is denied for the reasons stated in open court.*

1. ~~Secured Creditor's claim on the real property located at 2822 S ALDER ST, PHILADELPHIA, PA 19148, shall be deemed timely and allowed.~~

2. ~~The Chapter 13 Trustee is authorized to pay the Secured Creditor's timely-filed Proof of Claim.~~

3. ~~Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.~~

12/12/17

[Signature]