United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-13526-amc
Richard A. Curro                                                          Chapter 13
Jamie L. Curro
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett            Page 1 of 1              Date Rcvd: Dec 13, 2017
                               Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2017.
db/jdb         +Richard A. Curro,   Jamie L. Curro,   2707 S. 13th Street,   Philadelphia, PA 19148-4926

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                                            Signature: /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2017 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               the Certificateholders of IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series
               2006-4 paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
              DANIELLE   BOYLE-EBERSOLE    on behalf of Creditor    Wilmington Savings Fund Society et al c/o
               Rushmore Loan Management Services debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee Under
               the Poolng And Servicing Agreement Relating To Impac secured Assets Corp. Mortgage Pass-through
               Certificates, Series 2006-4 paeb@fedphe.com
              KARINA   VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              KEVIN M. BUTTERY    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkyefile@rasflaw.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              MICHAEL A. CATALDO2    on behalf of Debtor Richard A. Curro ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Jamie L. Curro ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Plaintiff Richard A. Curro ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Jamie L. Curro ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Richard A. Curro ecf@ccpclaw.com,  igotnotices@ccpclaw.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               Under the Poolng And Servicing Agreement Relating To Impac secured Assets Corp. Mortgage
               Pass-through Certificates, Series 2006-4 paeb@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    OCWEN LOAN SERVICING, LLC
               wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                               TOTAL: 17

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 14-13526-amc |
| | : | |
| RICHARD A. CURRO | : | CHAPTER NO. 13 |
| JAMIE L. CURRO | : | |
|     Debtors | : | |
| | : | |
| NATIONSTAR MORTGAGE LLC | : | |
|     Movant | : | |
|       v. | : | |
| RICHARD A. CURRO | : | |
| JAMIE L. CURRO | : | |
|     Respondents | : | |

\* \* \* \* \* \* \*

## ORDER ALLOWING LATE FILED PROOF OF CLAIM

Upon the motion of Robertson, Anschutz & Schneid, PL, attorneys for Secured Creditor, **NATIONSTAR MORTGAGE LLC**. (Movant), under Bankruptcy Code § 105, as to its claim regarding certain property as hereinafter set forth, ~~and for cause shown~~, it is

**ORDERED** ~~as follows:~~ *that the Motion is denied for the reasons stated in open court,*

1. ~~Secured Creditor's claim on the real property located at 2822 S ALDER ST, PHILADELPHIA, PA 19148, shall be deemed timely and allowed.~~

2. ~~The Chapter 13 Trustee is authorized to pay the Secured Creditor's timely-filed Proof of Claim.~~

3. ~~Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.~~

12/12/17