United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Richard A. Curro
Jamie L. Curro
    Debtors

Case No. 14-13526-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Mar 11, 2019
                  Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2019.
13700575       BCAT 2014-6TT,   c/o Shellpoint Mortgage Servicing,   PO Box 10826,   Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2019 at the address(es) listed below:

    ANDREW SPIVACK   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for the Certificateholders of IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-4 paeb@fedphe.com
    ANDREW F GORNALL   on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
    CHRISTOPHER A. DENARDO   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com
    DANIELLE BOYLE-EBERSOLE   on behalf of Creditor   Wilmington Savings Fund Society et al c/o Rushmore Loan Management Services debersole@hoflawgroup.com, jzhang@hoflawgroup.com
    JEROME B. BLANK   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee Under the Poolng And Servicing Agreement Relating To Impac secured Assets Corp. Mortgage Pass-through Certificates, Series 2006-4 paeb@fedphe.com
    KARINA VELTER   on behalf of Creditor   WELLS FARGO BANK, N.A. amps@manleydeas.com
    KEVIN M. BUTTERY   on behalf of Creditor   NATIONSTAR MORTGAGE LLC kbuttery@rascrane.com
    KEVIN S. FRANKEL   on behalf of Creditor   NATIONSTAR MORTGAGE LLC pa-bk@logs.com
    MICHAEL A. CATALDO2   on behalf of Debtor Richard A. Curro ecf@ccpclaw.com, igotnotices@ccpclaw.com
    MICHAEL A. CATALDO2   on behalf of Joint Debtor Jamie L. Curro ecf@ccpclaw.com, igotnotices@ccpclaw.com
    MICHAEL A. CATALDO2   on behalf of Plaintiff Richard A. Curro ecf@ccpclaw.com, igotnotices@ccpclaw.com
    MICHAEL A. CIBIK2   on behalf of Joint Debtor Jamie L. Curro ecf@ccpclaw.com, igotnotices@ccpclaw.com
    MICHAEL A. CIBIK2   on behalf of Debtor Richard A. Curro ecf@ccpclaw.com, igotnotices@ccpclaw.com
    PAUL WILLIAM CRESSMAN   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee Under the Poolng And Servicing Agreement Relating To Impac secured Assets Corp. Mortgage Pass-through Certificates, Series 2006-4 paeb@fedphe.com
    THOMAS I. PULEO   on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
    WILLIAM EDWARD MILLER   on behalf of Creditor   OCWEN LOAN SERVICING, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                    TOTAL: 18

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-13526-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Richard A. Curro<br>2707 S. 13th Street<br>Philadelphia PA 19148 | Jamie L. Curro<br>2707 S. 13th Street<br>Philadelphia PA 19148 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/10/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 14: BCAT 2014-6TT, c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 | Metropolitan Life Insurance Company<br>Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0675 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/13/19

Tim McGrath
**CLERK OF THE COURT**