### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Richard and Jamie Curro | | |
| (DEBTOR) | : | Bankruptcy No. 14-13526AMC13 |

### O R D E R

AND NOW, this 9th day of April, 2019 upon consideration of Debtor's Motion to Avoid Judicial Lien of **Ebony Agnew on 1518 S. Ringgold Street, Philadelphia, PA**, and any answer and after a hearing

It is Ordered that the Motion is Granted. The Judicial lien pursuant to the Philadelphia Civil Court Action April term 2013 No. 0553 in the amount of $50,000 dated December 10, 2013 impairs Debtor's exemption pursuant to 11 USC 522 (d)(5) and is avoided upon 1518 S. Ringgold Street, Philadelphia, PA upon court approved short sale or Discharge.

By the Court:

_____
Hon. Ashely M. Chan
U.S. BANKRUPTCY JUDGE