United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-13526-amc
Richard A. Curro                                                        Chapter 13
Jamie L. Curro
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett            Page 1 of 1              Date Rcvd: Apr 09, 2019
                            Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2019.
db/jdb         +Richard A. Curro,    Jamie L. Curro,    2707 S. 13th Street,    Philadelphia, PA 19148-4926

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2019 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               the Certificateholders of IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series
               2006-4 paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               pabk@logs.com
              DANIELLE   BOYLE-EBERSOLE    on behalf of Creditor    Wilmington Savings Fund Society et al c/o
               Rushmore Loan Management Services debersole@hoflawgroup.com, pfranz@hoflawgroup.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee Under
               the Poolng And Servicing Agreement Relating To Impac secured Assets Corp. Mortgage Pass-through
               Certificates, Series 2006-4 paeb@fedphe.com
              KARINA   VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              KEVIN M. BUTTERY    on behalf of Creditor    NATIONSTAR MORTGAGE LLC kbuttery@rascrane.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              MICHAEL A. CATALDO2    on behalf of Debtor Richard A. Curro ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Jamie L. Curro ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Plaintiff Richard A. Curro ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Jamie L. Curro ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Richard A. Curro ecf@ccpclaw.com,  igotnotices@ccpclaw.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               Under the Poolng And Servicing Agreement Relating To Impac secured Assets Corp. Mortgage
               Pass-through Certificates, Series 2006-4 paeb@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    OCWEN LOAN SERVICING, LLC
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                              TOTAL: 18

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                :        Chapter 13
 Richard and Jamie Curro

   (DEBTOR)                           :        Bankruptcy No. 14-13526AMC13

**O R D E R**

AND NOW, this  9th  day of  April , 2019 upon consideration of Debtor's Motion to Avoid Judicial Lien of **Ebony Agnew on 1518 S. Ringgold Street, Philadelphia, PA** , and any answer and after a hearing

It is Ordered that the Motion is Granted. The Judicial lien pursuant to the Philadelphia Civil Court Action April term 2013 No. 0553 in the amount of $50,000 dated December 10, 2013 impairs Debtor's exemption pursuant to 11 USC 522 (d)(5) and is avoided upon 1518 S. Ringgold Street, Philadelphia, PA upon court approved short sale or Discharge.

By the Court:

_____
Hon. Ashely M. Chan
U.S. BANKRUPTCY JUDGE