Certificate Number: 16339-PAE-DE-032831513

Bankruptcy Case Number: 14-13526



16339-PAE-DE-032831513

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 16, 2019, at 8:55 o'clock PM EDT, Richard Curro completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 16, 2019　　　　　　　　By:  /s/Kelley Tipton

　　　　　　　　　　　　　　　　　Name:  Kelley Tipton

　　　　　　　　　　　　　　　　　Title:  Certified Financial Counselor