**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13
Richard and Jamie Curro

    DEBTOR : BKY. NO.   14-13526AMC13

**ORDER**

AND NOW, this 11th day of June, 2019, upon consideration of Debtor's Motion to Approve Sale of Real Estate.

It is ORDERED that the Motion is GRANTED. The sale of 1518 S. Ringgold Street, Philadelphia, PA from Richard Curro and Thomas Esposito to purchaser Anthony Roselle is approved.

Since the approved sale is a short sale with the consent of the mortgagee no further settlement sheets need to be provided to the trustee or approved by the trustee.

The 14-day reconsideration period is waived, and the closing can proceed upon the entry of this order.

By the Court:

_____
Hon. Ashely M. Chan
U.S. BANKRUPTCY JUDGE