United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-13526-amc
Richard A. Curro                                                          Chapter 13
Jamie L. Curro
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: TashaD          Page 1 of 1          Date Rcvd: Jun 11, 2019
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2019.
db/jdb         +Richard A. Curro,    Jamie L. Curro,    2707 S. 13th Street,    Philadelphia, PA 19148-4926

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2019                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2019 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               the Certificateholders of IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series
               2006-4 paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               pabk@logs.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Wilmington Savings Fund Society et al c/o
               Rushmore Loan Management Services debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee Under
               the Poolng And Servicing Agreement Relating To Impac secured Assets Corp. Mortgage Pass-through
               Certificates, Series 2006-4 paeb@fedphe.com
              KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              KEVIN M. BUTTERY    on behalf of Creditor    NATIONSTAR MORTGAGE LLC kbuttery@rascrane.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              MICHAEL A. CATALDO2    on behalf of Debtor Richard A. Curro ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Jamie L. Curro ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Plaintiff Richard A. Curro ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Jamie L. Curro ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Richard A. Curro ecf@ccpclaw.com,  igotnotices@ccpclaw.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               Under the Poolng And Servicing Agreement Relating To Impac secured Assets Corp. Mortgage
               Pass-through Certificates, Series 2006-4 paeb@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    OCWEN LOAN SERVICING, LLC
               wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                              TOTAL: 18

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                          :          CHAPTER 13
Richard and Jamie Curro

        DEBTOR               :          BKY. NO.   14-13526AMC13

**ORDER**

   AND NOW, this   11th        day of   June,                  2019, upon

consideration of Debtor's Motion to Approve Sale of Real Estate.

   It is ORDERED that the Motion is GRANTED. The sale of 1518 S. Ringgold

Street, Philadelphia, PA from Richard Curro and Thomas Esposito to purchaser

Anthony Roselle is approved.

   Since the approved sale is a short sale with the consent of the

mortgagee no further settlement sheets need to be provided to the trustee or

approved by the trustee.

   The 14-day reconsideration period is waived, and the closing can

proceed upon the entry of this order.

                              By the Court:

                              _____
                              Hon. Ashely M. Chan
                              U.S. BANKRUPTCY JUDGE