```
                             United States Bankruptcy Court
                             Eastern District of Pennsylvania
In re:                                                            Case No. 14-13526-amc
Richard A. Curro                                                  Chapter 13
Jamie L. Curro
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi                 Page 1 of 3                  Date Rcvd: Jul 18, 2019
                              Form ID: 138NEW             Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2019.
db/jdb         +Richard A. Curro,    Jamie L. Curro,    2707 S. 13th Street,    Philadelphia, PA 19148-4926
cr             +BCAT 2014-6TT,    ShellPoint Mortgage Servicing,    PO BOX 10826,    GREENVILLE, SC 29603-0826
cr             +Metropolitan Life Insurance Company,    c/o Shellpoint Mortgage Servicing,    PO BOX 10826,
                 GREENVILLE, SC 29603-0826
cr             +NATIONSTAR MORTGAGE LLC,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper,    8950 Cypress Waters Boulevard,
                 Coppell, TX 75019-4620
cr             +OCWEN LOAN SERVICING, LLC,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3403
cr             +Recovery Management Systems Corp,    PO Box 12931,    Norfolk, VA 23541-0931
cr              Wilmington Savings Fund Society,    c/o Shellpoint Mortgage Servicing,    Greenville, SC  29603
13322548       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13299206       +American Home Mortgage Servicing Inc,    1525 S. Beltline Road Suite 100N,
                 Coppell, Texas 75019-4913
13299207        Aspire,    P.O. Box 105341,    Atlanta, GA 30348-5341
13299208        BANK OF AMERICA,    PO BOX 5170,    SIMI VALLEY, CA  93062-5170
13381603       +BANK OF AMERICA, N.A.,    ATTN: BANKRUPTCY DEPT.,    MAIL STOP CA6-09-01-23,    400 NATIONAL WAY,
                 SIMI VALLEY, CA 93065-6414
13700575        BCAT 2014-6TT,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826
13299214        CITIMORTGAGE INC,    4740 121 ST STREET,    URBANDALE IA 50323-2402
13325135       +Capital Recovery V, LLC,    c/o Recovery Management Systems Corporat,    PO BOX 12931,
                 Norfolk, VA 23541-0931
13299210        Card Member Service,    PO BOX 15153,    Wilmington DE 19886-5153
13299213        Citi,    PO box 6500,    Sioux Falls SD 57117-6500
13401238        CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA,    50368-8971
13311682       +Department Stores National Bank/American Express,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13311681       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13299217       +EBONY AGNEW,    2246 W ALLEGHENY AVE APT 2,    PHILA, PA 19132-1421
13299218       +EDWARD BUTKOVITZ,ESQUIRE,    KLEINBARD BELL BRECKER LLP,    ONE LIBERTY PLACE 46TH FL,
                 1650 MARKET STREET,    PHILADELPHIA, PA 19103-7305
13299220       +EUGENIA KNOPF,ASST DISTRICT ATTORNEY,    PHILA DISTRICT ATTY OFFICE,    THREE SOUTH PENN SQUARE,
                 PHIILADELPHIA, PA 19107-3407
13325386       +Ebony Agnew,    c/o Robert Katz, Esq,    P O Box 1413,    Havertown,PA 19083-6013
13299219       +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
13299221       +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13299222       +GRB LAW,    1425 SPRUCE STREET,    SUITE 100,    PHILADELPHIA, PA 19102-4578
13299223       +Gregory Javardian, Esq.,    1310 Industrial Boulevard,    1st Floor, Suite 101,
                 Southhampton, PA 18966-4030
13312333        Jaguar Credit,    P O Box 553179,    Detroit  MI  48255-3179
13299225       +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13299226       +Macy’s,    9111 Duke Blvd.,    Mason, OH 45040-8999
14285340       +Metropolitan Life Insurance Company,    Shellpoint Mortgage Servicing,    P.O. Box 10826,
                 Greenville, SC 29603-0826
13299227       +Ocwen Loan Servicing,    P.O. Box 785056,    Orlando, FL 32878-5056
13299228        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
13299231       +ROBERT KATZ,ESQUIRE,    PO BOX 1413,    HAVERTOWN, PA 19083-6013
13299232       +SUZANNE E PIZZO,    2506 S 19TH STREET,    PHILADELPHIA, P;A 19145-4201
13301981        Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
13299233       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
13299234       +Udren Law Offices,PC,    111 Woodcrest Road,    Suite 200,    Cherry Hill NJ 08003-3620
13299235       +VALLEY GREEN BANK,    7226 GERMANTOWN AVE,    PHILA, PA 19119-1724
13299236       +WACHOVIA BANK NA,    PO BOX 50010,    ROANOKE VA 24022-5010
13299238       +WELLS FARGO BANK NA,    3476 STATEVIEW BOULEVARD,    FORT MILL SC 29715-7200
13299237       +Wells Fargo,    301 e 58th N,    Sioux Falls, SD 57104-0422
13417581       +Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,    MAC#D3347-014,    3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
13386575       +Wells Fargo Bank, NA,    1 Home Campus MAC X2303-021,    Des Moines, IA 50328-0001
13417413       +Wilmington Savings Fund Society et al,    c/o Rushmore Loan Management Services,    PO BOX 52708,
                 Irvine, CA 92619-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 19 2019 02:47:39      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2019 02:47:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
```

```
District/off: 0313-2           User: Randi                  Page 2 of 3                   Date Rcvd: Jul 18, 2019
                               Form ID: 138NEW              Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
smg               +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 19 2019 02:47:26     U.S. Attorney Office,
                   c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr                 E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2019 02:59:50     GE Capital Retail Bank,
                   c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
13299209          +E-mail/Text: notices@burt-law.com Jul 19 2019 02:47:53      Burton Neil and Associates,
                   1060 Andrew Drive,   Suite 170,   West Chester, PA 19380-5600
13299215           E-mail/Text: megan.harper@phila.gov Jul 19 2019 02:47:39     City Of Philadelphia,
                   Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,   Philadelphia, PA 19102
13299216           E-mail/Text: megan.harper@phila.gov Jul 19 2019 02:47:40     City of Philadelphia,
                   Bankruptcy Unit,   15th Floor,   1515 Arch Street,   Philadelphai, PA 19102
13412587          +E-mail/Text: megan.harper@phila.gov Jul 19 2019 02:47:39
                   CITY OF PHILADELPHIA, LAW DEPARTMENT   TAX UNIT,   MUNICIPAL SERVICES BUILDING,
                   1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
13299211          +E-mail/Text: ecf@ccpclaw.com Jul 19 2019 02:46:49     Cibik and Cataldo, P.C.,
                   1500 Walnut St,, Suite 900,   Philadelphia, PA 19102-3518
13309267           E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2019 02:59:51     GE Capital Retail Bank,
                   c/o Recovery Management Systems Corp.,   25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
13299224           E-mail/Text: cio.bncmail@irs.gov Jul 19 2019 02:46:54     I.R.S.,   P.O. Box 7346,
                   Philadelphia, PA 19101-7346
13299230          +E-mail/Text: nod.referrals@fedphe.com Jul 19 2019 02:46:50     Phelan, Halinan & Smieg,
                   Suite 1400,   1617 JFK Boulevard,   Philadelphia, PA 19103-1814
13373030           E-mail/Text: bkdepartment@rtresolutions.com Jul 19 2019 02:47:23
                   Real Time Resolutions, Inc.,   1349 Empire Central Dr., Ste #150,   P.O. Box 36655,
                   Dallas, TX 75247
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                BCAT 2014-6TT,   c/o Shellpoint Mortgage Servicing
cr                Shellpoint Mortgage Servicing
13299229          PARKER MCCAY
cr*              +Metropolitan Life Insurance Company,   Shellpoint Mortgage Servicing,   P.O. Box 10826,
                   GREENVILLE, SC 29603-0826
13299212*        +Cibik and Cataldo, P.C.,   1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
                                                                                  TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2019 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               the Certificateholders of IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series
               2006-4 paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               pabk@logs.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Wilmington Savings Fund Society et al c/o
               Rushmore Loan Management Services debersole@hoflawgroup.com, pfranz@hoflawgroup.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee Under
               the Poolng And Servicing Agreement Relating To Impac secured Assets Corp. Mortgage Pass-through
               Certificates, Series 2006-4 paeb@fedphe.com
              KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              KEVIN M. BUTTERY    on behalf of Creditor    NATIONSTAR MORTGAGE LLC kbuttery@rascrane.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              MICHAEL A. CATALDO2    on behalf of Debtor Richard A. Curro ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
```

```
District/off: 0313-2          User: Randi              Page 3 of 3              Date Rcvd: Jul 18, 2019
                              Form ID: 138NEW          Total Noticed: 60


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Jamie L. Curro ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Plaintiff Richard A. Curro ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Jamie L. Curro ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Richard A. Curro ecf@ccpclaw.com,   igotnotices@ccpclaw.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               Under the Poolng And Servicing Agreement Relating To Impac secured Assets Corp. Mortgage
               Pass-through Certificates, Series 2006-4 paeb@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor     FEDERAL NATIONAL MORTGAGE ASSOCIATION
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    OCWEN LOAN SERVICING, LLC
               wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                             TOTAL: 18
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Richard A. Curro and Jamie L. Curro
       Debtor(s)                                    Bankruptcy No: 14–13526–amc
                                                                             Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                           Suite 400
                      Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                           For The Court
                                                                     Timothy B. McGrath
                                                                     Clerk of Court

Dated: 7/18/19

                                                                                                 122 – 121
                                                                                              Form 138_new