United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-13526-amc
Richard A. Curro                                                          Chapter 13
Jamie L. Curro
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin          Page 1 of 2          Date Rcvd: Aug 09, 2019
                              Form ID: 3180W        Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2019.
db/jdb         +Richard A. Curro,  Jamie L. Curro,  2707 S. 13th Street,   Philadelphia, PA 19148-4926
13322548       +ALTAIR OH XIII, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
13325135       +Capital Recovery V, LLC,   c/o Recovery Management Systems Corporat,   PO BOX 12931,
                Norfolk, VA 23541-0931
13401238        CitiMortgage, Inc.,   P.O. Box 688971,   Des Moines, IA,   50368-8971
13311682       +Department Stores National Bank/American Express,   Bankruptcy Processing,   Po Box 8053,
                Mason, OH 45040-8053
13325386       +Ebony Agnew,   c/o Robert Katz, Esq,   P O Box 1413,   Havertown,PA 19083-6013
13312333        Jaguar Credit,   P O  Box 553179,   Detroit  MI  48255-3179
14285340       +Metropolitan Life Insurance Company,   Shellpoint Mortgage Servicing,   P.O. Box 10826,
                Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Aug 10 2019 04:01:48    City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 10 2019 04:00:09
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 10 2019 04:01:41    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13381603       +EDI: BANKAMER.COM Aug 10 2019 07:28:00    BANK OF AMERICA, N.A.,   ATTN: BANKRUPTCY DEPT.,
                MAIL STOP CA6-09-01-23,   400 NATIONAL WAY,   SIMI VALLEY, CA 93065-6414
13412587       +E-mail/Text: megan.harper@phila.gov Aug 10 2019 04:01:49
                CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,   MUNICIPAL SERVICES BUILDING,
                1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
13311681       +EDI: TSYS2.COM Aug 10 2019 07:28:00    Department Stores National Bank/Macys,
                Bankruptcy Processing,   Po Box 8053,   Mason, OH 45040-8053
13299224        EDI: IRS.COM Aug 10 2019 07:28:00    I.R.S.,   P.O. Box 7346,   Philadelphia, PA 19101-7346
13373030        E-mail/Text: bkdepartment@rtresolutions.com Aug 10 2019 04:01:17
                Real Time Resolutions, Inc.,   1349 Empire Central Dr., Ste #150,   P.O. Box 36655,
                Dallas, TX 75247
13301981        EDI: TFSR.COM Aug 10 2019 07:28:00    Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,
                Cedar Rapids, Iowa 52408-8026
13417581       +EDI: WFFC.COM Aug 10 2019 07:28:00    Wells Fargo Bank, N.A.,   ATTN: Bankruptcy Dept.,
                MAC#D3347-014,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
13386575       +EDI: WFFC.COM Aug 10 2019 07:28:00    Wells Fargo Bank, NA,   1 Home Campus MAC X2303-021,
                Des Moines, IA 50328-0001
                                                                              TOTAL: 11


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2019 at the address(es) listed below:
        ANDREW  SPIVACK    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
         the Certificateholders of IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series
         2006-4 paeb@fedphe.com
        ANDREW F GORNALL   on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION
         agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: admin           Page 2 of 2            Date Rcvd: Aug 09, 2019
                              Form ID: 3180W         Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        CHRISTOPHER A. DENARDO    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
         pabk@logs.com
        DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor   Wilmington Savings Fund Society et al c/o
         Rushmore Loan Management Services debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
        JEROME B. BLANK    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee Under
         the Poolng And Servicing Agreement Relating To Impac secured Assets Corp. Mortgage Pass-through
         Certificates, Series 2006-4 paeb@fedphe.com
        KARINA  VELTER    on behalf of Creditor   WELLS FARGO BANK, N.A. amps@manleydeas.com
        KEVIN M. BUTTERY    on behalf of Creditor   NATIONSTAR MORTGAGE LLC kbuttery@rascrane.com
        KEVIN S. FRANKEL    on behalf of Creditor   NATIONSTAR MORTGAGE LLC pa-bk@logs.com
        MICHAEL A. CATALDO2    on behalf of Debtor Richard A. Curro ecf@ccpclaw.com,
         igotnotices@ccpclaw.com
        MICHAEL A. CATALDO2    on behalf of Joint Debtor Jamie L. Curro ecf@ccpclaw.com,
         igotnotices@ccpclaw.com
        MICHAEL A. CATALDO2    on behalf of Plaintiff Richard A. Curro ecf@ccpclaw.com,
         igotnotices@ccpclaw.com
        MICHAEL A. CIBIK2    on behalf of Joint Debtor Jamie L. Curro ecf@ccpclaw.com,
         igotnotices@ccpclaw.com
        MICHAEL A. CIBIK2    on behalf of Debtor Richard A. Curro ecf@ccpclaw.com,  igotnotices@ccpclaw.com
        PAUL WILLIAM CRESSMAN    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee
         Under the Poolng And Servicing Agreement Relating To Impac secured Assets Corp. Mortgage
         Pass-through Certificates, Series 2006-4 paeb@fedphe.com
        THOMAS I. PULEO    on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION
         tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
        WILLIAM EDWARD MILLER    on behalf of Creditor   OCWEN LOAN SERVICING, LLC
         wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com

                                                                              TOTAL: 18

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Richard A. Curro** | Social Security number or ITIN | **xxx–xx–1976** |
| | First Name    Middle Name    Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Jamie L. Curro** | Social Security number or ITIN | **xxx–xx–0625** |
| | First Name    Middle Name    Last Name | EIN | _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **14–13526–amc**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Richard A. Curro

Jamie L. Curro

<u>8/8/19</u>

**By the court:**        <u>Ashely M. Chan</u>
                 United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                        **Chapter 13 Discharge**                        page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---