United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 14-13526-amc
Richard A. Curro                                                Chapter 13
Jamie L. Curro
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: Antoinett        Page 1 of 1           Date Rcvd: Aug 26, 2019
                            Form ID: 195           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2019.
db/jdb         +Richard A. Curro,    Jamie L. Curro,   2707 S. 13th Street,    Philadelphia, PA 19148-4926

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2019 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               the Certificateholders of IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series
               2006-4 paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               pabk@logs.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Wilmington Savings Fund Society et al c/o
               Rushmore Loan Management Services debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee Under
               the Poolng And Servicing Agreement Relating To Impac secured Assets Corp. Mortgage Pass-through
               Certificates, Series 2006-4 paeb@fedphe.com
              KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              KEVIN M. BUTTERY    on behalf of Creditor    NATIONSTAR MORTGAGE LLC kbuttery@rascrane.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              MICHAEL A. CATALDO2    on behalf of Debtor Richard A. Curro ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Jamie L. Curro ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Plaintiff Richard A. Curro ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Jamie L. Curro ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Richard A. Curro ecf@ccpclaw.com,   igotnotices@ccpclaw.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               Under the Poolng And Servicing Agreement Relating To Impac secured Assets Corp. Mortgage
               Pass-through Certificates, Series 2006-4 paeb@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    OCWEN LOAN SERVICING, LLC
               wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                               TOTAL: 18

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Richard A. Curro and Jamie L. Curro : Case No. 14–13526–amc
    Debtor(s)

### ORDER
_____

AND NOW, this day , August 26th, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

126
Form 195